### BELL *v.* HOLLAND.

GILBERT, J. None of the grounds of the motion for new trial show reversible error. The verdict was supported by evidence, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1874. JUNE 18, 1920.

Partition.    Before Judge Eve.    Worth superior court.    December 26, 1919.

*Claude Payton* and *J. H. Tipton,* for plaintiff in error.

*Perry & Williamson,* contra.